WOODALL, Justice
(dissenting).
“It is the appellant’s obligation to demonstrate error on the part of the trial court and ... that includes providing this Court with citations to pertinent cases, statutes, and other authorities.” FabArc Steel Supply, Inc. v. Composite Constr. Sys., Inc., 914 So.2d 344, 355 (Ala.2005) (emphasis added). I cannot conclude that Truss has fulfilled this obligation when his arguments do not address the obviously applicable rule, namely, Rule 4(i)(2)(C), Ala. R. Civ. P. Today, this Court has unnecessarily and incorrectly held that an individual defendant may be served by certified mail received and signed for by an agent only at the individual’s “dwelling house or usual place of abode.” This holding is contrary to the plain language of Rule 4 and ignores the reality that many people regularly receive their mail by agent at other locations, including post office boxes. Consequently, I respectfully dissent.
COBB, C.J., and LYONS, J., concur.